UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN LI,<br>    Plaintiff,<br>  v.<br>ALEJANDRO N. MAYORKAS, et al.,<br>    Defendants. | Case No. 24-cv-06306-SK<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER**<br><br>Regarding Docket No. 12 |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 23, 2024. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1. Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled a re-interview for October 24, 2024. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2. Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3. If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13. Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4.        Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5.        The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until December 23, 2024, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 7, 2024

Respectfully submitted,[1]
ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

2

Dated: November 7, 2024

*/s/ Justin X. Wang*
JUSTIN X. WANG
TRENT GOULDING
Baughman & Wang
Attorneys for Plaintiff

## ORDER

Pursuant to the parties' stipulation, the Court HEREBY STAYS this action until December 23, 2024, at which time the parties shall file a joint status report with the Court.

**IT IS SO ORDERED**.

Dated: November 8, 2024

SALLIE KIM
United States Magistrate Judge

3